FILED

07 NOV 20 AM 8: 34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civ. 07CV 2194 WQH (AJB) |
| Plaintiff, ) | |
| ) | ORDER APPOINTING INTERNAL |
| v. ) | REVENUE SERVICE AS CUSTODIAN |
| ) | AND DEPOSITING THE DEFENDANT |
| $1,012,538.75 IN U.S. CURRENCY, ) | INTO THE TREASURY SUSPENSE |
| ) | ACCOUNT |
| Defendant. ) | |

Upon a motion by plaintiff, United States of America, and it appearing that the Internal Revenue Service has consented to assume responsibility for the custody and maintenance of the defendant currency during the time it remains in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant currency, the Internal Revenue Service shall be custodian of the defendant currency on behalf of this Court until further order, and

IT IS FURTHER ORDERED that the Internal Revenue Service shall deposit the defendant currency in the Treasury Suspense Account which shall be substituted as the <u>res</u> in this action.

DATED: 11/19/07

_____
UNITED STATES DISTRICT JUDGE