KAREN P. HEWITT
United States Attorney
PHILLIP L. B. HALPERN
Assistant U.S. Attorney
California State Bar No. 133370
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5165
E-mail: phillip.halpern@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $1,012,538.75 IN U.S. CURRENCY, <br><br> Defendant. | Civil No. 07cv2194-WQH(AJB) <br><br> DECLARATION OF AND REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO ALL POTENTIAL CLAIMANTS |

I, Phillip L. B. Halpern, Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

On November 16, 2007, a verified complaint was filed in the above action in the United States District Court for the Southern District of California against the above defendant property. On November 20, 2007, the defendant property was seized and arrested by a duly authorized agent of the Internal Revenue Service. The Internal Revenue Service thereafter took possession and custody of the defendant property, pursuant to the Court's Order appointing the Internal Revenue Service as custodian (dated November 19, 2007).

On November 27, 2007, pursuant to Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (hereinafter referred to as the "Supplemental Rules") a Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimants at their addresses of record:

| Name and Address | Article No. | Result |
|---|---|---|
| Brent Roger Wilkes<br>c/o Mark Geragos<br>Attorney at Law<br>Geragos & Geragos<br>PLC 350 S. Grand Avenue, 39th Floor<br>Los Angeles, CA 90071-3480 | 7004 2510 0003 3013 3134 | Signed for as received on or about 12/15/07 |
| John Thomas Michael<br>c/o Raymond R. Granger<br>Attorney at Law<br>Granger & Assoc. LLC<br>757 Third Avenue, 7th Floor<br>New York, NY 10017 | 7004 2510 0003 3013 3141 | Signed for as received on or about 12/01/07 |

On December 7, 14 and 21, 2007, pursuant to Rule G(4)(a) of the Supplemental Rules, notice was published in the San Diego Commerce newspaper. From the time of said notice, no claim or answer has been filed regarding the above-named defendant property by anyone. *See* Supplemental Rules at G(5).

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against the defendant property as to any and all potential claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of January 2008

        s/ *Phillip L. B. Halpern*
        PHILLIP L. B. HALPERN
        Assistant U.S. Attorney
        E-mail: phillip.halpern@usdoj.gov