# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>                                     Plaintiff,<br><br>vs<br><br>$1,012,538.75 in U.S. Currency<br><br>                                     Defendant, | Civil No.    07cv2194-WQH-AJB<br><br>**DEFAULT** |

It appears from the records in the above-entitled action that the Original Complaint filed on November 16, 2007, has been regularly served upon All Potential Claimants; and it appears from the records herein that All Potential Claimants have failed to plead or otherwise defend in said action as provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following is hereby entered.

All Potential Claimants

**Entered On:**
2/1/2008

W. SAMUEL HAMRICK, JR., CLERK

By: _____
M. Cruz, Deputy