1  KAREN P. HEWITT
   United States Attorney
2  PHILLIP L. B. HALPERN
   Assistant U.S. Attorney
3  California State Bar No. 133370
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5165
   E-mail: phillip.halpern@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Case No. 07cv2194-WQH(AJB)
                                    )
11              Plaintiff,          )   NOTICE OF MOTION AND MOTION
                                    )   FOR JUDGMENT BY DEFAULT AS TO
12         v.                       )   ALL POTENTIAL CLAIMANTS
                                    )
13 $1,012,538.75 IN U.S. CURRENCY,  )   DATE: April 28, 2008
                                    )
14              Defendant.          )   TIME: 11:00 a.m.
                                    )   CTRM: 4
15
                                        NO ORAL ARGUMENT PURSUANT
16                                      TO LOCAL RULE

17      TO:   BRENT ROGER WILKES, THROUGH HIS ATTORNEY OF RECORD,
              MARK GERAGOS, AND JOHN THOMAS MICHAEL, THROUGH
18            HIS ATTORNEY OF RECORD, RAYMOND R. GRANGER

19      PLEASE TAKE NOTICE that on April 28, 2008, at 11:00 a.m., or as soon thereafter as

20 counsel may be heard, before the Honorable William Q. Hayes, United States District Court,

21 Courtroom 4, 940 Front Street, San Diego, California, Plaintiff, United States of America, by and

22 Through its Attorneys, Karen P. Hewitt, United states Attorney, and Phillip L. B. Halpern,

23 Assistant U.S. Attorney, will move the Court, pursuant to Rule 55(b)(2), Federal Rules of Civil

24 Procedure, for a judgment by default in the instant case as to the interest of Brent Roger Wilkes,

25 John Thomas Michael, and all potential claimants.

26 //

27 //

28 //

1  This motion is based on the files and records of this case, including the attached
2  Memorandum of Points and Authorities (Exhibit 1), the Clerk's Entry of Default dated February 1,
3  2008 (Exhibit 2) and Declaration of Phillip L. B. Halpern (Exhibit 3).
4  DATED: April 1, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Phillip L. B. Halpern

PHILLIP L. B. HALPERN
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: phillip.halpern@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cv2194-WQH(AJB) |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| $1,012,538.75 IN U.S. CURRENCY, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED that:

I, Phillip L. B. Halpern, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF MOTION AND MOTION FOR JUDGMENT BY DEFAULT AS TO ALL POTENTIAL CLAIMANTS, and MEMORANDUM OF POINTS AND AUTHORITIES and DECLARATION OF PHILLIP L. B. HALPERN in support thereof, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Mark Geragos, Esq. at geragos@geragos.com
2. Raymond R. Granger, Esq. at rgranger@rgranger.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2008.

                                                        s/Phillip L. B. Halpern
                                                        PHILLIP L. B. HALPERN