| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | PHILLIP L. B. HALPERN |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 133370 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5165 |
| | E-mail: phillip.halpern@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cv2194-WQH(AJB) |
| | ) | |
| Plaintiff, | ) | DECLARATION OF PHILLIP L. B. |
| | ) | HALPERN IN SUPPORT OF |
| v. | ) | MOTION FOR DEFAULT JUDGMENT |
| | ) | |
| $1,012,538.75 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, Phillip L. B. Halpern, declare:

1. I am the Assistant United States Attorney primarily responsible for the prosecution of this case. I have prepared this Declaration based upon my review of the Court's docket and the file maintained by the U.S. Attorney's office with respect to this case.

2. On November 16, 2007, a Complaint for Forfeiture was filed in the above action in the United States District Court for the Southern District of California against the above defendant.

3. On November 20, 2007, the defendant was seized and arrested by a duly authorized representative of the Internal Revenue Service, who thereafter took possession and custody of the defendant, pursuant to the Court's Order appointing the Internal Revenue Service as custodian, dated November 19, 2007.

4. On November 27, 2007, pursuant to Rule G(4)(b)(i) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (hereinafter referred to as the "Supplemental

**EXHIBIT 3**

Rules") a Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimants at their addresses of record:

| Name and Address | Article No. | Result |
|---|---|---|
| Brent Roger Wilkes<br>c/o Mark Geragos<br>Attorney at Law<br>Geragos & Geragos<br>PLC 350 S. Grand Avenue, 39th Floor<br>Los Angeles, CA 90071-3480 | 7004 2510 0003 3013 3134 | Signed for as received on or about 12/15/07 |
| John Thomas Michael<br>c/o Raymond R. Granger<br>Attorney at Law<br>Granger & Assoc. LLC<br>757 Third Avenue, 7th Floor<br>New York, NY 10017 | 7004 2510 0003 3013 3141 | Signed for as received on or about 12/01/07 |

5. On December 7, 14 and 21, 2007, pursuant to Rule G(4)(a) of the Supplemental Rules, notice was published in the San Diego Commerce newspaper. From the time of said notice, no claim or answer has been filed regarding the above-named defendant property by anyone. *See* Supplemental Rules at G(5).

6. On January 31, 2008, a Declaration of and Request for Clerk's Entry of Default was filed in this case. A Clerk's Entry of Default was issued on February 1, 2008, and a copy is attached to the Memorandum of Points and Authorities as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

DATED: April 1, 2008.

s/Phillip L. B. Halpern

PHILLIP L. B. HALPERN
Assistant U.S. Attorney
Email: phillip.halpern@usdoj.gov