1
2
3
4
5
6
7

```
┌─────────────────────────────┐
│         FILED               │
│  ┌───────────────────────┐  │
│  │     JUN - 4 2008       │  │
│  └───────────────────────┘  │
│   CLERK, U.S. DISTRICT COURT │
│ SOUTHERN DISTRICT OF CALIFORNIA│
│ BY          L/VV     DEPUTY  │
└─────────────────────────────┘
```

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.  07cv2194-WQH(AJB) |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | MOTION FOR JUDGMENT |
| | ) | BY DEFAULT AGAINST ALL |
| $1,012,538.75 IN U.S. CURRENCY, | ) | POTENTIAL CLAIMANTS AND |
| | ) | FORFEITING THE DEFENDANT |
| Defendant. | ) | CURRENCY TO THE UNITED STATES |
| | ) | |

HAYES, Judge:

Pending before the Court is Plaintiff United States of America's motion for an order granting it default judgment, which motion was filed April 1, 2008.  (Doc. # 7).  No written opposition to the motion was filed or otherwise received by the Court.   Based upon the Government's motion and upon review of the Court's file in this matter, **IT IS HEREBY ORDERED**:

1.        The Government's motion is GRANTED.

2.        The Court makes the following findings and conclusions:

a.        On November 16, 2007, a verified complaint for forfeiture was filed against the above-referenced defendant, $1,012,538.75 in U.S. Currency (hereinafter referred to as the "defendant currency"). (Doc. # 1). On November 20, 2007, the defendant currency was seized and taken into custody by a duly authorized representative of the Internal Revenue Service (hereinafter referred to as the "IRS"). Pursuant to this Court's Order appointing the IRS as custodian (dated November 19, 2007), they have retained possession of the defendant currency. (Doc. # 3).

1    b.    On November 27, 2007, pursuant to Rule G(4)(b)(i) of the Supplemental

2    Rules for Admiralty or Maritime and Asset Forfeiture Claims (hereinafter referred to as the

3    "Supplemental Rules") a Notice of Judicial Forfeiture Proceedings and a copy of the Complaint

4    for Forfeiture were sent by certified mail to the following potential claimants at their addresses of

5    record:

| Name and Address | Article No. | Result |
|---|---|---|
| Brent Roger Wilkes c/o Mark Geragos Attorney at Law Geragos & Geragos PLC 350 S. Grand Avenue, 39th Floor Los Angeles, CA 90071-3480 | 7004 2510 0003 3013 3134 | Signed for as received on or about 12/15/07 |
| John Thomas Michael c/o Raymond R. Granger Attorney at Law Granger & Assoc. LLC 757 Third Avenue, 7th Floor New York, NY 10017 | 7004 2510 0003 3013 3141 | Signed for as received on or about 12/01/07 |

14    c.    On December 7, 14 and 21, 2007, pursuant to Rule G(4)(a) of the

15    Supplemental Rules, notice was published in the San Diego Commerce newspaper. From the time

16    of said notice, no claim or answer has been filed regarding the above-named defendant currency

17    by anyone. *See* Supplemental Rules at G(5).

18    d.    On January 31, 2008, a Declaration of and Request for Clerk's Entry of

19    Default was filed in this case. A Clerk's Entry of Default was filed February 1, 2008 as Document

20    Number 6.

21    e.    On April 1, 2008, the Government filed its Notice of Motion and Motion for

22    Judgment by Default as to All Potential Claimants. The Court required no oral argument pursuant

23    to local rule.

24    f.    Plaintiff's verified Complaint for Forfeiture sets forth adequate evidence

25    demonstrating the forfeitability of the defendant currency and no one has come forward to dispute

26    the facts. The Government has demonstrated by a preponderance of the evidence that the defendant

27    currency was property that was involved in and proceeds of the violation of Title 18, United States

28    Code, Sections 1343, 1344 and 1957 (wire fraud, bank fraud, and money laundering).

3.      The defendant currency is hereby condemned and forfeited to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(A) and (C).  Judgment shall be entered on Plaintiff's complaint in favor of the United States of America.

4.      Costs incurred by the Internal Revenue Service and any other governmental agencies – which were incident to seizure, custody and storage – shall be the first charge against the forfeited defendant currency.

**IT IS SO ORDERED**.

DATED: _6/4/08_

_____
WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE